UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHELLE PORTER-BURNS,<br><br>    Plaintiff,<br><br>    v.<br><br>ARROWPOINT CAPITAL, et al.,<br><br>    Defendants. | Case No. 16-cv-03756-RS<br><br>**ORDER DENYING PLAINTIFF'S MOTION TO STRIKE AS MOOT** |

Plaintiff moved to strike defenses in defendants' answer.  In addition to filing opposition, defendants filed an amended answer.  The motion to strike is therefore denied as moot, without prejudice to any arguments plaintiff may choose to advance that the answer as amended remains defective.  The hearing set for November 3, 2016, is vacated.

**IT IS SO ORDERED**.

Dated: October 24, 2016

_____
RICHARD SEEBORG
United States District Judge