# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO / OAKLAND DIVISION

| | |
|---|---|
| ARTHELLE PORTER-BURNS,<br><br>Plaintiff,<br><br>v.<br><br>ARROWOOD INDEMNITY COMPANY, a Delaware Corporation wholly-owned subsidiary of ARROWPOINT CAPITAL, NELSON & KENNARD, ROBERT SCOTT KENNARD, individually and in his official capacity, JAMIE ALLISON FORBES and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 3:16-cv-03756-RS<br><br>[~~PROPOSED~~ ORDER] RE: STIPULATION TO EXTEND THE DATE TO COMPLETE THE EARLY NEUTRAL EVALUATION HEARING |

Pursuant to the Stipulation between Plaintiff, ARTHELLE PORTER-BURNS and Defendants, ARROWOOD INDEMNITY COMPANY, ARROWPOINT CAPITAL CORP. (erroneously sued as "ARROWPOINT CAPITAL"), NELSON & KENNARD, ROBERT SCOTT KENNARD, and

1  JAMIE ALLISON FORBES ("Defendants") (Plaintiff and Defendants are
2  collectively referred to as "Parties") to extend the date to complete the Early
3  Neutral Evaluation ("ENE") hearing and for Good Cause, the Court orders as
4  follows:
5      It is agreed by and between the Parties that the ENE hearing shall be
6  conducted on March 22, 2017, at 9:30 a.m. at Morrison & Foerster, 425 Market
7  Street, San Francisco, CA 94105.
8      IT IS SO ORDERED.

DATED: 1/10/17

_____
United States District Judge